■ In the Matter of PATRICIA DREW, Respondent, against ROBERT G. DARLING, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cattaraugus Children's Court adjudging defendant to be the father of the child of complainant and directing that he contribute to its support.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CHILI TRADING POST, INC., Appellant, v. FRANK W. MOFFETT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ SOPHIE HINES, Appellant, v. CORNELIUS CHINN, Respondent.— Ruby Chinn substituted as defendant-respondent in place and stead of Cornelius Chinn, deceased.

■ ALFRED S. GANGLOFF et al., Respondents, v. DONALD H. BROWN, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before December 4, 1959.

■ MARTHA MEDYNSKI et al., Plaintiffs, v. ROCHESTER TRANSIT CORP., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of UPSTATE TRUCKING, Petitioner. ISADORE LUBIN, as Industrial Commissioner, Respondent.— Order dismissing proceeding vacated.

■ HOMER A. HARVEY et al., Respondents, v. LYNN HARTUNG et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before December 15, 1959.

■ JOHN LASKOWSKI, Appellant, v. WALDO S. DE MERS, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before December 15, 1959.

■ In the Matter of ALAN I. LAPIDES, Petitioner, against WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed unless printed records and briefs are filed and served on or before December 8, 1959.

■ HENRY TRUESDALE, Plaintiff, v. HERBERT F. DARLING et al., Doing Business as HERBERT F. DARLING, Defendants. (And Another Action.) — Appeal dismissed unless printed records and briefs are filed and served on or before December 8, 1959.

■ JACKSON & PERKINS Co., Respondent, v. CONSTANTINE B. MARTIN et al., Defendants and Third-Party Plaintiffs. VILLAGE OF NEWARK, Appellant. — Motion granted and appeal dismissed, with $10 motion costs.

■ ANNA WACHT, Appellant, v. ANTHONY WIATER, Respondent.— Motion granted to appeal on one typewritten copy of stenographic minutes, five typewritten copies of judgment roll and five typewritten briefs.

■ COMSTOCK FOODS, INC., Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to dispense with printing testimony.

■ VIOLET ROSCOE, Respondent, v. MARYLAND CASUALTY Co., Appellant. — Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ In the Matter of the Probate of the Will of PERCY FREEDMAN, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before December 15, 1959.